IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY EUGENE COLESON,

    Plaintiff,

v.                                        CASE NO. 4:12cv576-RH/CAS

WILLIAM EDDINS and
DAVID RIMMER,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10, and the objections, ECF No. 11. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

    SO ORDERED on March 5, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge